# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

IN RE: THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS TITHING LITIGATION

Case No. 25-4068

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

The Ethics and Religious Liberty Commission of the Southern Baptist Convention; General Conference of Seventh-day Adventists; Lutheran Church–Missouri Synod; The First Church of Christ, Scientist; Church of Scientology; International Church of the Foursquare Gospel; BAPS Swaminarayan Sanstha; American Islamic Congress; Jewish Coalition for Religious Liberty; and United Muslims of America Interfaith Alliance

_Amici Curiae_____, in the above-captioned case.
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Gene C. Schaerr | James C. Phillips |
| Name of Counsel | Name of Counsel |
| | |
| _/s/ Gene C. Schaerr_ | _/s/ James C. Phillips_ |
| Signature of Counsel | Signature of Counsel |
| | |
| SCHAERR \| JAFFE LLP, 1717 K Street NW, Suite 900 Washington, DC 20006, (202) 787-1060 | SCHAERR \| JAFFE LLP, 1717 K Street NW Suite 900, Washington, DC 20006, (202) 787-1060 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| | |
| gschaerr@schaerr-jaffe.com | jphillips@schaerr-jaffe.com |
| E-Mail Address | E-Mail Address |

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

09/29/2025
Date

*/s/ Gene C. Schaerr*
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

&boxtimes; All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
    [date]

_____

at_____,

the last known address/email address, by _____.
               [state method of service]

09/29/2025_____
Date

*/s/ Gene C. Schaerr*_____
Signature