# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| IN RE: THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS TITHING LITIGATION | Case No. 25-4068 |

    Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of *Amici Curiae,* The Ethics and Religious Liberty Commission of the Southern Baptist Convention; General Conference of Seventh-day Adventists; Lutheran Church–Missouri Synod; The First Church of Christ, Scientist; Church of Scientology; International Church of the Foursquare Gospel; BAPS Swaminarayan Sanstha; American Islamic Congress; Jewish Coalition for Religious Liberty; and United Muslims of America Interfaith Alliance

certifies[1] as follows:

☐     The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☒     There is no information to disclose pursuant to Fed. R. App. P. 26.1.

09/29/2025
Date

*/s/ Gene C. Schaerr*
Signature

Gene C. Schaerr
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
gschaerr@schaerr-jaffe.com

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

1

## CERTIFICATE OF SERVICE

I hereby certify that:

    ☒    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____ I sent a copy of this Disclosure Statement
                 [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

09/29/2025
Date

*/s/ Gene C. Schaerr*
Signature